UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 06-7430-VBF(PLAx)**                                   Dated: **September 15, 2008**

Title:   Camille Carson -v- Depuy Spine, Inc., et al.

---

PRESENT:   HONORABLE VALERIE BAKER FAIRBANK, U.S. DISTRICT JUDGE

|  |  |
|---|---|
| Kendra Bradshaw | Katie Thibodeaux |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

Greg W. Garrotto                                                    Alexander G. Calfo
                                                                             David R. Schmahmann

**PROCEEDINGS:**   HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Case called, and counsel make their appearances.

For the reasons stated on the record, the Court takes the matter under submission.

Initials of Deputy Clerk   kb

-1-                                                                                   :25   min