1  JAMES J. YUKEVICH (SBN 159896)
   JYukevich@yukelaw.com
2  ALEXANDER G. CALFO (SBN 152891)
   ACalfo@yukelaw.com
3  EMILY HICKS (SBN 232155)
   EHicks@yukelaw.com
4  YUKEVICH CALFO & CAVANAUGH
   601 S. Figueroa Street, 38th Floor
5  Los Angeles, CA  90017
   Telephone:  (213) 362-7777
6  Facsimile:  (213) 362-7788
7
   Attorneys for Defendant
8  DEPUY SPINE, INC.

FILED
CLERK, U.S. DISTRICT COURT
SEP 16 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| CAMILLE CARSON,<br><br>    Plaintiff,<br><br>vs.<br><br>DEPUY SPINE, INC.; and DOES 1 through 100, inclusive,<br><br>    Defendants. | CASE NO. CV-06-7430-VBF (PLAx)<br><br>*[State Case No. SC091468]*<br><br>*Complaint Filed: October 19, 2006*<br><br>[~~PROPOSED~~] USP STATEMENT OF DECISION GRANTING RENEWED MOTION FOR SUMMARY JUDGMENT; + Judgment  VBF<br><br>**Hearing**<br>Date:  September 8, 2008<br>Time:  1:30 p.m.<br>Courtroom: 9 |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

Defendant DePuy Spine, Inc.'s ("DePuy") motion for summary judgment came on regularly for hearing on September 8, 2008 at 1:30 p.m. in the above-entitled Court.

///

///

1  After full consideration of the evidence, the oral arguments of each party,
2  and the authorities submitted by counsel, IT IS HEREBY ORDERED that the
3  motion for summary judgment is GRANTED, and all of Plaintiff's remaining
4  claims against DePuy Spine, Inc. are dismissed, with prejudice. *Judgment*
5  *for Defendant is entered.*
6  Dated: 9-16-08                              _____
7                                              UNITED STATES DISTRICT JUDGE
8
9
10 Respectfully submitted by:
11
12 Dated: August 4, 2008          YUKEVICH CALFO & CAVANAUGH
13
14                                 By: _____
15                                     James J. Yukevich
16                                     Alexander G. Calfo
                                       Attorneys for Defendant
17                                     DEPUY SPINE, INC.